IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr335-MHT |
| | ) | (WO) |
| LARRY DONELL SMITH | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on July 31, 2018, this court entered a preliminary order of forfeiture (doc. no. 52) ordering defendant Larry Donell Smith to forfeit his interest in a Ruger, model 10/22, .22 caliber rifle, bearing serial number 258-49960 and miscellaneous ammunition;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is defendant Smith; and the government gave defendant notice in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1); and

WHEREAS, the court finds that defendant Smith has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

It is ORDERED that the government's motion for a final order of forfeiture (doc. no. 81) is granted as follows:

(1) The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Ruger, model 10/22, .22 caliber rifle, bearing serial number 258-49960 and miscellaneous ammunition.

(2) All right, title, and interest in the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

(4) The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 6th day of February, 2019.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**